FILED
2016 Oct-12 PM 03:34
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TERESA L. FINE, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CASE NO. 2:15-CV-1206-LSC |
| ) | |
| SAFECO INSURANCE COMPANY ) | |
| OF ILLINOIS, et al., ) | |
| ) | |
| Defendants. ) | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Come now Plaintiffs and Defendants, by and through undersigned counsel, and give notice to the Court that they have reached an agreement for the settlement and compromise of all claims which were or could have been asserted in this action, and stipulate to the dismissal of this action, with prejudice, each party to bear his, her, or its own costs and expenses.

Respectfully submitted,

/s/ Robert R. Kracke
*(Electronically signed by defense counsel with written approval from Mr. Kracke)*
Kracke & Price
8107 Parkway Drive
Leeds, Alabama 35094
*Attorney for Plaintiffs*

/s/ J. Ben Segarra
J. Ben Segarra (asb-6478-a44s)
Maynard, Cooper & Gale, P.C.
11 N. Water Street, Suite 24290
Mobile, Alabama 36602
(251) 206-7437
bsegarra@maynardcooper.com
*Attorney for Defendant Safeco Insurance Company of Illinois*

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this the 12th day of October, 2016, filed the foregoing pleading with the Clerk of the Court via the CM/ECF Filing System, which will automatically forward an electronic copy of same to all attorneys of record.

*/s/ J. Ben Segarra*
J. Ben Segarra (asb-6478-a44s)
