FILED

2016 Oct-18  PM 02:56
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| TERESA L. FINE, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | 2:15-cv-01206-LSC |
| SAFECO INSURANCE | ) | |
| COMPANY OF ILLINOIS, et | ) | |
| al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

## ORDER

This Court acknowledges receipt of the parties' Joint Stipulation of Dismissal with Prejudice (Doc. 40) filed on October 12, 2016. Accordingly, the case is DISMISSED WITH PREJUDICE and costs are taxed as paid.

**DONE** AND **ORDERED** ON OCTOBER 18, 2016.



_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE

186289